UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 17-00231-02 |
| VERSUS | * | JUDGE S. MAURICE HICKS, JR. |
| JOSHUA JONES | * | MAGISTRATE JUDGE HAYES |

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant Joshua Jones, and adjudges him guilty of the offense charged in Count Three of the Indictment against him.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 6th day of December, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT